COPY

1  Tammy Hussin (Bar No. 155290)
2  Lemberg & Associates, LLC
   6404 Merlin Drive
3  Carlsbad, CA 92011
4  Telephone (855) 301-2100 ext. 5514
   thussin@lemberglaw.com
5
6  Lemberg & Associates, LLC
   1100 Summer Street
7  Stamford, CT  06905
8  Telephone:  (203) 653-2250
   Facsimile:  (203) 653-3424
9
10 Attorneys for Plaintiff,
   Angel Hall
11
12
13                   UNITED STATES DISTRICT COURT
14                CENTRAL DISTRICT OF CALIFORNIA
15                       WESTERN DIVISION
16
17                                        **CV13-02482** FFM
18 Angel Hall,                            Case No.:
19              Plaintiff,                **COMPLAINT FOR VIOLATION OF
                                          THE TELEPHONE CONSUMER
20       vs.                              PROTECTION ACT, 47 U.S.C. § 227,**
                                          ***ET. SEQ.* AND INVASION OF
21 T-Mobile USA, Inc.; and DOES 1-10,     PRIVACY**
22 inclusive,
                                          **JURY TRIAL DEMANDED**
23              Defendants.
24
25
26
27
28
                                          COMPLAINT FOR DAMAGES

For this Complaint, the Plaintiff, Angel Hall, by undersigned counsel, states as follows:

**JURISDICTION**

1.       This action arises out of Defendants' repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et. seq.* (the "TCPA").

2.       Supplemental jurisdiction exists pursuant to 28 U.S.C. § 1367.

3.       Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendants transact business here, Plaintiff resides in this judicial district, and a substantial portion of the acts giving rise to this action occurred here.

**PARTIES**

4.       The Plaintiff, Angel Hall (hereafter "Plaintiff"), is an adult individual residing in Alhambra, California, and is a "person" as defined by 47 U.S.C. § 153(10).

5.       The Defendant, T-Mobile USA, Inc., (hereafter "T-Mobile" or "Defendants"), is a corporation with a principal place of business at 12920 Se 38th Street, Bellevue, Washington 98006, and is a "person" as defined by 47 U.S.C. § 153(10).

6.       Does 1-10 (the "Agents") are individual employees/agents employed by T-Mobile and whose identities are currently unknown to the Plaintiff.  One or more of the Agents may be joined as parties once their identities are disclosed through discovery.

1

7. T-Mobile at all times acted by and through one or more of the Agents.

2

3

**FACTS**

4

8. At all times herein mentioned, T-Mobile called Plaintiff's cellular

5

6

telephone using an automated telephone dialer system ("ATDS") and using an

7

artificial or prerecorded voice.

8

9. When Plaintiff answered the calls from T-Mobile, she heard a

9

10

prerecorded message delivered by T-Mobile indicating that it was looking for a person

11

other than Plaintiff in an attempt to collect a debt (the "Debtor").

12

10. Plaintiff has no prior business relationship with T-Mobile and never

13

14

provided T-Mobile with her telephone number.

15

11. Plaintiff never requested that T-Mobile contact her for any reason and

16

never provided consent to T-Mobile to be called on her cellular telephone number.

17

18

12. Plaintiff spoke with T-Mobile a number of times to advise that T-Mobile

19

was calling the wrong number and to request that the calls to her stop.

20

13. During the conversations with T-Mobile, Plaintiff was told that her

21

22

cellular telephone number had been provided by the Debtor as a reference on his

23

account, and T-Mobile was seeking information from Plaintiff regarding the Debtor's

24

whereabouts.

25

26

27

28

  COMPLAINT FOR DAMAGES

14.     During the conversations with T-Mobile, Plaintiff advised T-Mobile that she did not know the Debtor and that the Debtor could not be reached at her number, and further instructed T-Mobile to cease all calls to her.

15.     Despite knowing that the Debtor could not be reached at Plaintiff's number and having received multiple requests to stop calling, T-Mobile thereafter continued calling Plaintiff at her cellular phone.

16.     T-Mobile is and has been defending a multitude of TCPA law suits for years, including TCPA class action litigation. Insofar as T-Mobile is intimately familiar with the requirements and prohibitions of the TCPA, it knew that placing calls to Plaintiff was in violation of the law. As such, each call placed to Plaintiff was placed in knowing and/or willful violation of the TCPA and subject to treble damages.

## COUNT I
## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT – 47 U.S.C. § 227, et seq.

17.     The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

18.     Without prior consent the Defendants contacted the Plaintiff by means of automatic telephone calls or prerecorded messages at a cellular telephone or pager in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

19.     Upon information and belief, T-Mobile never had consent to place calls to Plaintiff's cellular telephone number.

20.     In the event T-Mobile at one time had express consent to call Plaintiff's cellular telephone, T-Mobile had no consent to continue to call once being advised by Plaintiff that it was calling the wrong number.

21.     The calls from Defendant to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

22.     Each of the aforementioned calls made by Defendant constitutes a violation of the TCPA.

23.     As a result of each of Defendant's negligent violations of the TCPA, Plaintiff is entitled to an award of $500.00 in statutory damages for each call placed in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

24.     As a result of each of Defendant's knowing and/or willful violations of the TCPA, Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 for each call in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff prays that judgment be entered against the Defendants:

A. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

COMPLAINT FOR DAMAGES

B.  Treble damages for each violation determined to be knowing or willful pursuant to 47 U.S.C. § 227(b)(3)(C);

C.  Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

DATED:  April 5, 2013    TAMMY HUSSIN

By:_____
Tammy Hussin, Esq.
Lemberg & Associates, LLC
Attorney for Plaintiff, Angel Hall